UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | LA CV25-03186-MWC-E | Date | October 8, 2025 |
|---|---|---|---|
| Title | Ligia Negreanu v. Revolve Group, Inc., et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING DEFENDANT <u>TIKA CAMAJ</u>**

    An Order to Show Cause re Dismissal for Lack of Prosecution as to **Tika Camaj** was issued on July 17, 2025 (Dkt. 33), July 25, 2025 (Dkt. 35), and September 25, 2025 (Dkt. 50), ordering Plaintiff to respond in writing no later than October 3, 2025, as to why Defendant Tika Camaj should not be dismissed for lack of prosecution. As of date, no proof of service or signed waiver has been filed indicating that the summons and complaint have been served on Defendant or their respective counsel. Therefore, the Court **DISMISSES** defendant Tika Camaj.