William M. Aron (SBN No. 234408)
**ARON LAW FIRM**
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiff and the Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LIGIA NEGREANU, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REVOLVE GROUP, INC., ALLIANCE APPAREL GROUP, INC. EMINENT, INC., d/b/a REVOLVE CLOTHING, FWRD, LLC, CINDY MELLO, TIKA CAMAJ, and NIENKE JANSZ, <br><br> Defendants. | Case No.: 2:25-cv-03186-MWC-E <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Action filed April 11, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, LIGIA NEGREANU, and her counsel, hereby give notice that Plaintiff voluntarily dismisses the action with prejudice as to her individual claims against Defendants

- 1 -
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

REVOLVE GROUP, INC., ALLIANCE APPAREL GROUP, INC. EMINENT, INC., d/b/a REVOLVE CLOTHING, FWRD, LLC and waives any right to appeal any order entered in this action, with all parties to bear their own fees and costs. Plaintiff does not intend to pursue arbitration. This notice is being filed with the Court before service by the Defendants of either an answer or a motion for summary judgment.

Dated: February 19, 2026         Respectfully Submitted,

s/Keith L. Gibson
**Keith L. Gibson, Esq.** (*Pro Hac Vice*)
**KEITH GIBSON LAW P.C.**
586 Duane Street, Suite 102
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

Bogdan, Enica, Esq. (*Pro Hac Vice*)
**KEITH GIBSON LAW P.C.**
1200 N Federal Hwy., Ste.375
Boca Raton FL 33432
Telephone: (305) 306-4989
Email:Bogdan@KeithGibsonLaw.com

William M. Aron (SBN No. 234408)
**ARON LAW FIRM**
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiff*

- 2 -
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

## Certificate of Service

I hereby certify that on February 19, 2026, the foregoing document was served electronically through the Court's CM/ECF system on all counsel that have filed an Appearance in this case.

           s/Keith L. Gibson